JAMES HAWKINS APLC
James R. Hawkins, Esq. (#192925)
Gregory Mauro, Esq. (#222239)
Michael Calvo, Esq. (#314986)
9880 Research Drive, Suite 200
Irvine, CA 92618
Tel.: (949) 387-7200
Fax: (949) 387-6676
Email: James@jameshawkinsaplc.com
Email: Greg@jameshawkinsaplc.com
Email: Michael@jameshawkinsaplc.com

Attorneys for Plaintiff JEREMY MICHAEL RAMEY-VICARIO, individually and on behalf of all others similarly situated

Christian Keeney, CA Bar No. 269533
christian.keeney@ogletree.com
Alis M. Moon, CA Bar No. 293897
alis.moon@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:    714-800-7900
Facsimile:     714-754-1298

Attorneys for Defendant
Central Transport LLC (erroneously sued as "Central Transport, LLC")

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY MICHAEL RAMEY-VICARIO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>CENTRAL TRANSPORT, LLC; a Michigan Limited Liability Company, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-01973-TLN-DMC<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE DISCOVERY CUT-OFF AND ALL RELATED DATES** |

**ORDER**

Having read the Parties' Stipulation to Continue Trial and All Related Deadlines, and good cause appearing therefore, it is hereby ORDERED that:

1. The discovery cut-off is hereby continued to October 19, 2022; and
2. All dates and deadlines, including discovery and dispositive motion deadlines, will be calculated based on the new discovery cut-off deadline.

IT IS SO ORDERED.

DATED: May 24, 2022

_____
Troy L. Nunley
United States District Judge